1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  HANNAH R. LABAREE, #294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Hannah_Labaree@fd.org
5
   Attorney for Defendant
6  PATRICIA RAMONA VASQUEZ

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          )  Case No. 2:16-cr-205 MCE
                                      )
11          Plaintiff,                )  STIPULATION AND ORDER TO
                                      )  CONTINUE STATUS CONFERENCE, AND TO
12     vs.                            )  EXCLUDE TIME
                                      )
13 PATRICIA RAMONA VASQUEZ,           )  Date: December 15, 2016
                                      )  Time: 10:00 a.m.
14          Defendant.                )  Judge: Hon. Morrison C. England, Jr.
                                      )
15 _____)

16         IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

17 Attorney, through Assistant United States Attorney Michelle Rodriguez, attorney for Plaintiff,

18 Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree,

19 attorney for Patricia Ramona Vasquez, that the status conference scheduled for December 15,

20 2016 be vacated and be continued January 19, 2017 at 10:00 a.m.

21         The grounds for this continuance are that defense counsel would like additional time to

22 review the discovery that has been produced and to investigate the facts of the case, so to allow

23 time for effective preparation for trial and to negotiate a resolution to this matter.

24         Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

25 excluded from December 15, 2016 through and including January 19, 2017; pursuant to 18

26 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local

27 Code T4 based upon defense preparation.

28

   Stipulation and Order to Continue Status          -1-
   Conference

1     DATED: December 6, 2016       Respectfully submitted,

2

3                                    HEATHER E. WILLIAMS
                                     Federal Defender

4                                      */s/ Hannah R. Labaree*

5                                      HANNAH R. LABAREE
                                     Assistant Federal Defender

6                                      Attorney for PATRICIA RAMONA VASQUEZ

7     DATED: December 6, 2016       PHILLIP A. TALBERT
                                     United States Attorney

8

9                                      */s/ Michelle Rodriguez*
                                     MICHELLE RODRIGUEZ

10                                   Assistant U.S. Attorney
                                  Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>ORDER</u>**

2
3
4
5
6
7

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

8
9
10
11
12

Time from December 15, 2016 through and including January 19, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  It is further ordered the December 15, 2016 status conference shall be continued until January 19, 2017, at 10:00 a.m.

13

IT IS SO ORDERED.

14

Dated:  January 4, 2017

15
16

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

17
18
19
20
21
22
23
24
25
26
27
28