UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA RAMONA VASQUEZ,<br><br>Defendant. | Case No. 2:16-cr-205 MCE<br><br>ORDER FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE |

The Court hereby orders Condition #13 of Ms. Vasquez' pretrial release be **temporarily modified.** The location monitoring condition (Condition #13) **shall be lifted** from 7:00 PM April 16 until 7:00 PM April 17, 2017. This condition **shall be reinstated** at 7:00 PM on April 17, 2017.

DATED: April 12, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER -1-