HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | Case No. 2:16-cr-205 MCE |
| Plaintiff, | ) ) | UNOPPOSED REQUEST FOR |
| v. | ) ) | MODIFICATION OF CONDITIONS OF RELEASE; [PROPOSED] ORDER |
| PATRICIA RAMONA VASQUEZ, | ) ) | |
| Defendant. | ) ) ) | |

The defendant, PATRICIA RAMONA VASQUEZ, by and through counsel, Assistant

Federal Defender Hannah R. Labaree, respectfully requests that this Court modify the conditions

of her release to establish a curfew between the hours of 10:00 pm to 6:00 a.m.  This is a

modification of the previously imposed condition, which required that Ms. Vasquez stay inside

her residence between the hours of 7:00 p.m. and 7:00 a.m.

Ms. Vasquez is currently in compliance with the conditions of her release.  All other

conditions will remain in full force and effect.  A Second Amended Conditions of Release is

attached hereto.

//

//

//

Unopposed Request for Modification of
Conditions of Pretrial Release

-1-

1    The Assistant United States Attorney, Michelle Rodriguez, and Pretrial Services Officer,

2    Renee Basurto are in agreement with the change to Ms. Vasquez' curfew.

3    DATED: May 17, 2017                          Respectfully submitted,

4                                                 HEATHER E. WILLIAMS
                                                  Federal Defender
5
                                                 */s/ Hannah R. Labaree*
6                                                 HANNAH R. LABAREE
                                                 Assistant Federal Defender
7                                                 Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     Unopposed Request for Modification of
     Conditions of Pretrial Release

**ORDER**

The Court hereby orders special condition number 14 modified to reflect that Ms. Vasquez must remain inside her residence between the hours of 10:00 p.m. and 6:00 a.m. All other conditions of release will remain in full force and effect.

Dated: May 19, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE