| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | HANNAH R. LABAREE, #294338<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA RAMONA VASQUEZ,<br><br>Defendant. | Case No. 2:16-cr-205 MCE<br><br>UNOPPOSED REQUEST FOR TEMPORARY MODIFICATION OF CONDITION OF RELEASE; [~~PROPOSED~~] ORDER |

The defendant, PATRICIA RAMONA VASQUEZ, by and through counsel, Assistant Federal Defender Hannah R. Labaree, respectfully requests that this Court **temporarily** modify the conditions of her release to allow her to spend the night of July 4, 2017 at her sister's house. Ms. Vasquez' conditions of release include a daily curfew requiring her to be at home between the hours of 10:00 p.m. and 6:00 a.m. Ms. Vasquez requests that this condition be lifted between July 4 and July 5, 2017.

The Assistant United States Attorney, Michelle Rodriguez, and Pretrial Services Officer, Renee Basurto are in agreement with the temporary modification.

Ms. Vasquez is in compliance with all the conditions of her release.

/ / /

/ / /

/ / /

Unopposed Request for Modification of
Conditions of Pretrial Release

-1-

| | | |
|---|---|---|
| DATED: June 23, 2017 | | Respectfully submitted,<br><br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defender<br>Attorneys for Defendant |

## **ORDER**

The Court hereby **orders** that special condition number 14 be lifted between 10:00 p.m. on July 4, 2017 until 10:00 p.m. on July 5, 2017. Condition number 14 **shall** be reinstated at 10:00 p.m. on July 5, 2017.

Dated: June 26, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE