HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant
PATRICIA RAMONA VASQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00205-MCE |
| Plaintiff, | UNOPPOSED REQUEST FOR TEMPORARY MODIFICATION OF CONDITION OF RELEASE; ORDER |
| v. | |
| PATRICIA RAMONA VASQUEZ, | |
| Defendant. | |

The defendant, PATRICIA RAMONA VASQUEZ, by and through counsel, Assistant Federal Defender Hannah R. Labaree, respectfully requests that this Court **temporarily** modify the conditions of her release to allow her to spend the night of July 15, 2017 at her sister's house. Ms. Vasquez' conditions of release include a daily curfew requiring her to be at home between the hours of 10:00 p.m. and 6:00 a.m.  Ms. Vasquez requests that this condition be lifted between July 15 and July 16, 2017.

The Assistant United States Attorney, Michelle Rodriguez, and Pretrial Services Officer, Renee Basurto are in agreement with the temporary modification.

Ms. Vasquez is in compliance with all the conditions of her release.

///

///

Unopposed Request for Modification of Conditions of Pretrial Release

-1-

| | | |
|---|---|---|
| 1 | DATED: July 14, 2017 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Hannah R. Labaree* |
| | | HANNAH R. LABAREE |
| 5 | | Assistant Federal Defender |
| | | Attorneys for Defendant |

Unopposed Request for Modification of Conditions of Pretrial Release

-2-

## ORDER

The Court hereby **orders** that special condition number 14 be lifted between 10:00 p.m. on July 15, 2017, until 10:00 p.m. on July 16, 2017. Condition number 14 **shall** be reinstated at 10:00 p.m. on July 16, 2017.

Dated: July 14, 2017

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE