# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | REENTRY COURT PROGRAM |
| v. | ) | |
| | ) | ORDER TO REDUCE TERM OF |
| **Patricia Ramona Vasquez,** | ) | SUPERVISED RELEASE |
| | ) | FOR SUCCESSFUL COMPLETION |
| Defendant. | ) | OF REENTRY COURT |
| | ) | (18 U.S.C. 3583(3)(1) |
| | ) | |
| | ) | Docket Number:   2:16CR00205-001 |

On November 19, 2019, the defendant was accepted as a participant in the Reentry Court Program. As of December 15, 2020, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of July 31, 2021.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on August 1, 2019, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

Dated: December 9, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of July 31, 2021.

Dated:   December 15, 2020

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

cc:   Defendant
      Assistant United States Attorney:   Michelle Rodriguez
      Defense Counsel:   Hannah Labaree
      FLU Unit – United States Attorney's Office
      Fiscal Clerk - Clerk's Office